UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 1:12CR00120 SNLJ ) |
| DAVID GENTLES, | ) ) |
| Defendant. | ) ) |

## ORDER

**IT IS HEREBY ORDERED** that the report and recommendation of United States Magistrate Judge Lewis M. Blanton (#76), filed on February 28, 2014 be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein, but only to the extent of the "good faith exception" analysis.

**IT IS HEREBY ORDERED** that Defendant's Motion to Suppress Evidence and Statements (#57) be **DENIED**.

Dated this 17th day of March, 2014.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE